# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134956 & (16)

WILLIE MCGUIRE,
      Plaintiff-Appellee,

v

THE CITY OF DEARBORN and
DANIEL MORSE,
      Defendants-Appellants.

SC: 134956
COA: 279309
Wayne CC: 06-628142-NI

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007

_____
Clerk

d1017